IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LIGHTHOUSE SUPPLY COMPANY, INC.,<br><br>    Defendant. | **Civil Action No. 1:15-cv-13201-FDS (LEAD DOCKET NO. – D.I. 25)** |
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SHINE LIGHTING, LLC,<br><br>    Defendant. | Civil Action No. 1:15-cv-13202-FDS (Original Docket No.) |
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BULBRITE INDUSTRIES, INC.,<br><br>    Defendant. | Civil Action No. 1:15-cv-13209-FDS (Original Docket No.) |

**ASSENTED-TO MOTION TO WITHDRAW AS COUNSEL**

Pursuant to District of Massachusetts Local Rule 83.5.2(c), the law firm of Wolf, Greenfield & Sacks, P.C., including attorneys Michael N. Rader, Turhan F. Sarwar, and Joshua J. Miller, requests to withdraw as counsel for Plaintiff Photographic Illustrators Corporation in the above-captioned consolidated actions, namely:

- Photographic Illustrators Corporation v. Lighthouse Supply Company, Inc., Civil Action Number: 1:15-cv-13201-FDS;

- Photographic Illustrators Corporation v. Shine Lighting, LLC, Civil Action Number: 1:15-cv-13202-FDS; and

- Photographic Illustrators Corporation v. Bulbrite Industries, Inc., Civil Action Number: 1:15-cv-13209-FDS.

Attorneys Craig R. Smith and Eric P. Carnevale of Lando & Anastasi, LLP have entered appearances on behalf of Plaintiff in these consolidated actions (D.I. 38, 39) and will represent Plaintiff going forward, including in connection with the status conference that is scheduled for August 1, 2016. (D.I. 34.)

All Defendants, through their counsel, have assented to this motion.

Respectfully submitted,

Dated: June 15, 2016

/s/ *Michael N. Rader*
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
Turhan F. Sarwar, BBO # 686764
tsarwar@wolfgreenfield.com
Joshua J. Miller, BBO # 685101
jmiller@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
Tel: (617) 646-8000
Fax: (617) 646-8646

## **CERTIFICATE OF SERVICE**

I certify that I am causing this document to be filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ *Michael N. Rader*
Michael N. Rader