**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BULBRITE INDUSTRIES, INC,<br><br>        Defendant. | **Case No.1:15-cv-13209-FDS** |
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>SHINE LIGHTING, LLC d/b/a SHINERETROFITS.COM,<br><br>        Defendant. | **Case No. 1:15-cv-13202-FDS** |
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>LIGHTHOUSE SUPPLY COMPANY, INC.,<br><br>        Defendant. | **Case No. 1:15-cv-13201-FDS** |

**ASSENTED TO MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Photographic Illustrators Corporation ("PIC") moves to amend the electronic Order setting pre-trial deadlines (ECF No. 33) to extend all current deadlines by **60-days**. The prosed amendments would modify the schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery deadline | July 29, 2016 | September 27, 2016 |
| Plaintiff's experts to be designated | September 1, 2016 | October 31, 2016 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's experts to be deposed | September 30, 2016 | November 29, 2016 |
| Defendant's experts to be designated | October 31, 2016 | December 30, 2016 |
| Defendant's experts to be deposed | December 1, 2016 | January 30, 2017 |
| Dispositive motions to be filed | January 1, 2017 | March 2, 2017 |

The Court has also ordered the parties to appear for a scheduling conference on **August 1, 2016 at 2:20 PM**. (ECF No. 34). In accordance with PIC's proposed amended schedule, PIC respectfully moves to continue this status conference for **60-days**, until **September 30, 2016**, or such other time that the Court deems appropriate.

In support of this motion, and pursuant to the procedural provisions of the Court's Scheduling Order (ECF No. 21), PIC states as follows:

1. PIC recently retained new counsel in this litigation, who needed additional time to obtain all relevant case files and familiarize themselves with the issues.

2. Discovery is not likely to be completed before the present July 29, 2016 deadline. Written discovery requests have been served but the parties' document productions are incomplete. No depositions have been taken of any witnesses.

3. PIC believes it can meet its discovery obligations, and take all fact depositions by the September 27, 2016 deadline specified in this motion.

4. Counsel for PIC met and conferred via email with counsel for Defendants Bulbrite Industries, Inc., Shine Lighting, LLC and Lighthouse Supply Co., Inc. ("Defendants") on July 12, 2016 regarding the substance of this motion. Counsel for Defendants consented to the relief requested herein.

5. Good cause exists for the requested extensions, which are not sought for purposes of delay, but so that the parties may complete reasonable discovery in a timely manner.

6. The requested relief will not prejudice any party.

WHEREFORE, PIC respectfully requests that the Court grant this Assented to Motion to Amend the Scheduling Order, modify the deadlines as stated above, and grant such other and further relief as the Court finds just and necessary.

Dated: July 20, 2016

Respectfully submitted,

By: /s/ Eric P. Carnevale

Craig R. Smith (BBO No. 636,723)
Eric P. Carnevale (BBO No. 677,210)
**LANDO & ANASTASI, LLP**
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
Email: csmith@lalaw.com
 ecarnevale@lalaw.com

*Attorneys for Plaintiff*
*Photographic Illustrators Corporation*

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants. Any other counsel of record will receive the foregoing via e-mail in PDF format.

/s/ Eric P. Carnevale  
Eric P. Carnevale